585 A.2d 357
STATE OF NEW JERSEY v. JAVIER OLMEDA.

July 17, 1990.

Petition for certification denied.

585 A.2d 357
JOSE VELASQUEZ v. VERA FRANZ, ETC., ET AL.

July 17, 1990.

Leave to appeal granted.

585 A.2d 357
STATE OF NEW JERSEY v. ALBERT CUNNINGHAM AND
EVERETT E. CUNNINGHAM, ET AL.

July 17, 1990.

Leave to appeal granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Thomas E. Lund/State v. Michael X. Harrison,* 119 *N.J.* 35, 573 *A.*2d 1376 (1990).

Jurisdiction is not retained.

585 A.2d 357
STATE OF NEW JERSEY v. ALBERT CUNNINGHAM AND
EVERETT E. CUNNINGHAM.

July 17, 1990.

Leave to appeal granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of